UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIMORTGATE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV467 CDP |
| | ) |
| OCM BANCORP, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold oral argument on the pending motions to withdraw on **Thursday, September 16, 2010 at 10:30 a.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that an officer or authorized representative of defendant OCM Bancorp, Inc. must appear in person to discuss the motions to withdraw, and any failure to do so may result in the entry of default judgment.

**IT IS FURTHER ORDERED** that defendant's current counsel are reminded of their duty to inform their client about the hearing and take all reasonable steps to ensure that an officer or authorized representative of OCM Bancorp is present at the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2010.